# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD GALLANT,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>PAUL SCHULTZ,<br><br>　　　　　　Respondent.<br>_____/ | CV F  05-0890 AWI DLB HC<br><br>ORDER DENYING PETITIONER'S "MOTION FOR REDUCTION IN TERM OF IMPRISONMENT AND RE-SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)," WITHOUT PREJUDICE<br><br>[Doc. 17] |

　　　　On July 11, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  In the petition, Petitioner claimed that he was improperly shackled and forced to wear a stun belt during his trial and that his attorney was ineffective for not objecting to this procedure.  Petitioner was convicted in the United States District Court for the Eastern District of California, Sacramento Division, for conspiring to effect a prisoner's escape, aiding and abetting the escape, and armed career criminal.  18 U.S.C. §§ 371, 751, 922(g)(1) and 924(e)(1); United States v. Gallant, 136 F.3d 1246 (9th Cir. 1998).

　　　　On August 16, 2005, the Court issued Findings and Recommendations recommending that the petition be dismissed for lack of jurisdiction as the claims were not cognizable via section 2241, but rather must be raised in a section 2255 motion in the sentencing court.   The Recommendation was adopted in full on November 10, 2005, and judgement was entered this same date. (Court Docs. 8, 9.)

　　　　Petitioner filed a notice of appeal on November 18, 2005. (Court Doc. 10.)  On March 29,

1

1  2006, the United States Court of Appeals for the Ninth Circuit denied a certificate of
2  appealability.  (Court Doc. 16.)
3       On March 30, 2007, Petitioner filed a motion entitled "MOTION FOR REDUCTION IN
4  TERM OF IMPRISONMENT AND RE-SENTENCE PURSUANT TO 18 U.S.C. 3582(c)(2)."
5  (Court Doc. 17.)
6       On April 24, 2007, Respondent filed an opposition to Petitioner's motion.  (Court Doc.
7  21.)  Petitioner filed a reply on May 2, 2007.  (Court Doc. 23.)
8       Without addressing the merits of Petitioner's motion, because Petitioner was convicted in
9  the Sacramento Division of the Eastern District, his relief and remedy, if any, lies in that Court.
10 Thus, Petitioner's motion is DENIED without prejudice, to re-filing in the Sacramento Division
11 of this Court.
12      IT IS SO ORDERED.
13      Dated:    June 27, 2007              /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE